864

No. 144. FORD MOTOR CO. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Clarence E. Dawson, William T. Gossett* and *L. Homer Surbeck* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Myron C. Baum* for the United States.

No. 230. UNDERWOOD ET AL. *v.* MALONEY. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioners. *Charles A. Wolfe* and *J. Albert Woll* for respondent.

No. 304. DUBOIS, TRUSTEE, *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Josiah E. DuBois, Jr., pro se. Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *George F. Lynch* for the United States.

No. 308. MELLOTT ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Henry D. O'Connor* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for the United States.

No. 309. LANE INDUSTRIES, INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Michael Berman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.